IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIONHEART PROJECT LOGISTICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-02076 |
| | § | |
| BBC CHARTERING USA, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of August 24, 2011, this action is dismissed with prejudice. *See Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992).

SIGNED on August 24, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge